1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAYTHEL BROWN,                              No.  2:14-cv-0999 DAD P

12                     Plaintiff,

13          v.                                   ORDER

14   CDCR, et al.,

15                     Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to

19   28 U.S.C. § 1915.  However, the certificate portion of plaintiff's in forma pauperis application

20   has not been filled out and signed by an authorized prison official.  See 28 U.S.C. § 1915(a)(2).

21   Plaintiff will be provided another opportunity to submit a fully completed application to proceed

22   in forma pauperis.

23          In accordance with the above, IT IS HEREBY ORDERED that:

24          1.  The Clerk of the Court shall provide plaintiff with another copy of the in forma

25              pauperis application used by this court; and

26   /////

27   /////

28   /////

                                                 1

1        2.  Plaintiff shall submit, within thirty days from the date of this order, a fully completed

2    in forma pauperis application.  Plaintiff's failure to comply with this order will result in a

3    recommendation that this action be dismissed without prejudice.

4    Dated:  April 28, 2014

5

6    _____

     DALE A. DROZD

7    UNITED STATES MAGISTRATE JUDGE

8

     hm
9    brow0999.3c

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28